# Exhibit A



RECEIVED
N.C. Dept. NRCD

SEP 22 1989

Winston-Salem
Regional Office



MEMBER
PEI
PETROLEUM EQUIPMENT INSTITUTE

## G & H OIL EQUIPMENT, INC.

September 21, 1989

NC Department of Natural Resources
  and Community Development
8025 North Point Blvd., Suite 100
Winston Salem, NC 27106-3295

Subject: Tank Closure
  Faircloth Grocery
  Rt. 6, Box 55 J
  Burlington, NC

Gentlemen:

On August 16, 1989, G & H excavated and removed one (1) 550 gallon Kerosene storage tank from subject location.

Tank was found to have perforations and site soil contamination was suspected. All excavated soil was stockpiled on plastic film at location.

Tank was delivered to Safeway Tank Disposal, Inc. A copy of Tank Disposal Certification is attached.

A soil sample was taken to Guilford Laboratories for total petroleum hydrocarbon analysis. Results indicate 2040 p.p.m. A copy of test results is attached.

The owner, L. W. Pritchett, Jr., Inc. is preparing a site to place contaminated soil where it can be aerated to meet acceptable standards. When this site is readied, G & H will continue excavation from tank pit until clean soil is uncovered and will furnish your office with soil test to confirm contaminated soil has been removed.

Please call if you have any questions.

Sincerely yours,

William V. Hill

William V. Hill
Vice President

Attachments

Copy to: L. W. Pritchett, Jr., Inc.
  1549 W. Webb Avenue
  Burlington, NC 27217

4232 High Point Rd. ○ P.O. Box 7446 ○ Greensboro, NC 27417-0446 ○ (919) 292-5143