# Exhibit C

*Tim Myers Residence*
*Certified*



# State of North Carolina
## Department of Environment, Health, and Natural Resources
### Winston-Salem Regional Office

James G. Martin, Governor
William W. Cobey, Jr., Secretary

Margaret Plemmons Foster
Regional Manager

DIVISION OF ENVIRONMENTAL MANAGEMENT
GROUNDWATER SECTION

December 20, 1991

Mr. L. W. Pritchett, Jr.
1549 West Webb Avenue
Burlington, NC 27217

RE: FAIRCLOTH GROCERY
Route 6, Box 55-J
Burlington, NC
Alamance County

Dear Mr. Pritchett:

Our office has become aware of groundwater contamination existing within a residential drinking water supply well. This well is located in close proximity to the above-referenced site. The contamination is believed to have resulted from a release of a petroleum product into the groundwater.

We are currently working to identify the source of the contamination. Faircloth Grocery is a primary <u>potential</u> source.

Under 40 CFR (Code Of The Federal Register) 280.52, you are required to confirm the presence or absence of a release from the underground storage tank (UST) systems presently and previously located at this site. This information must be submitted to our office on or before February 10, 1992.

It is strongly recommended that you conduct a site check as described in 280.52(b). A site check will enable you to do physical sampling around your tanks and lines. This gives a substantially better evaluation of whether there has been a release from existing or previously existing USTs. Also, this method allows you to assess whether surface spillage, overfill, etc. have adversely impacted the backfill and surrounding soils.

8025 North Point Boulevard, Suite 100, Winston-Salem, N.C. 27106-3203 • Telephone 919-761-2351xx (919) 896-7007

Shoffner0008905/005
Case 1:16-cv-01354-CCE-JEP Document 6-3 Filed 11/22/16 Page 2 of 3

Mr. L. W. Pritchett, Jr.
December 20, 1992
Page 2

If an adequate site check is not conducted on your site by the date specified or if the information submitted is inconclusive, then the Federal Trust Fund may conduct its own investigation. Please note that should the Federal Trust Fund take charge it will seek cost recovery from parties responsible for the contaminate release, for any and all expenses incurred.

Please notify me by telephone at least five working days before the site check is undertaken so that we may have a representative on the site. Do not hesitate to contact Waddell Watters or me regarding any questions you may have about this matter.

Sincerely,


Janet M. Russell
Hydrogeologic Technician


cc: Alamance County Health Department

Shoffner000006