# Exhibit D



## State of North Carolina
### Department of Environment, Health, and Natural Resources
#### Winston-Salem Regional Office

James G. Martin, Governor
William W. Cobey, Jr., Secretary

Margaret Plemmons Foster
Regional Manager

DIVISION OF ENVIRONMENTAL MANAGEMENT
GROUNDWATER SECTION

NOTICE OF VIOLATION OF N.C.A.C. TITLE 15A SUBCHAPTER 2L
CLASSIFICATIONS AND WATER QUALITY STANDARDS
APPLICABLE TO THE GROUNDWATERS OF NORTH CAROLINA

April 16, 1992

CERTIFIED MAIL NUMBER P-536 304 013
RETURN RECEIPT REQUESTED

Mr. L. W. Pritchett, Jr.
Mr. Eulie Faircloth
1549 West Webb Avenue
Burlington, NC 27215

Subject: FAIRCLOTH STORE
Highway 49, Burlington, NC

Dear Messrs. Pritchett and Faircloth:

Chapter 143, North Carolina General Statues, authorizes and directs the Environmental Management Commission of the Department of Environment, Health, and Natural Resources to protect and preserve the water and air resources of the State. The Division of Environmental Management has the delegated authority to enforce adopted pollution control rules and regulations.

The purpose of N.C.A.C. Title 15A Subchapter 2L is to maintain and preserve the quality of the groundwaters, prevent and abate pollution and contamination of the waters of the State, protect public health, and permit management of the groundwaters for their best usage by the citizens of North Carolina.

On March 31, 1992 the Winston-Salem Regional Office received a "Report of Preliminary Groundwater Investigation" describing groundwater conditions at the Faircloth Grocery site in Alamance County. This report indicates that groundwater at the site is contaminated with benzene and methyl-tertiary-butyl-ether (MTBE) as follows:

8025 North Point Boulevard, Suite 100, Winston-Salem, N.C. 27106-3203 • Telephone (919) 896-7007

Mr. L. W. Pritchett
Mr. Eulie Faircloth
April 16, 1992
Page 2

        Benzene      300 ppb

        MTBE       7200 ppb

These contaminate concentrations exceed the maximum allowable concentrations for such substances as specified in N.C.A.C. Title 15A 2L .0202. Therefore, they are in violation of the water quality standards for the groundwaters of the State. Please reference the following excerpt from Subchapter 2L which specifies corrective action as follows:

> N.C.A.C. Title 15A 2L .0106 Corrective Action
>
> (a) The goal of actions taken to restore groundwater quality shall be restoration to the level of the standards, or as close thereto as is economically and technologically feasible.
> (b) Any person conducting or controlling an activity which results in the discharge of a waste or hazardous substance or oil to the groundwaters of the state or in proximity thereto, shall take immediate action to terminate and control the discharge, mitigate any hazards resulting from exposure to the pollutants and notify the Department of the discharge.
> (c) Any person conducting or controlling an activity which results in an increase in the concentration of a substance in excess of the groundwater standard:
> (1) as the result of activities, other than agricultural operations, not permitted by the state, shall assess the cause, significance and extent of the violation; submit a plan for eliminating the source of contamination and for restoration of groundwater quality; and implement the plan in accordance with a Special Order by Consent or a Special Order of the Commission.

It is our understanding that you and/or your firm are responsible for the aforementioned violations. Subsequently, you are considered as the party responsible for eliminating the source of contamination and restoring groundwater quality.

Shoffner000008

Mr. L. W. Pritchett
Mr. Eulie Faircloth
April 16, 1992
Page 3

You are required to submit a Comprehensive Site Assessment which describes the full vertical and horizontal extent of the contamination. The requirements of this report may be fulfilled if reports are submitted under specifications of the Federal Underground Storage Tank Rules 40 CFR 280.62, 280.63, 280.64 and 280.65. An adequate report must be received by this office on or before June 30, 1992.

A corrective action plan (remedial action plan) should be submitted to this office within sixty (60) days after submitting the comprehensive site assessment report.

It is requested that within fifteen (15) days, you submit a written response describing your plans to achieve compliance. Should you dispute our assessment of responsibility, please include documentation of your position in your response.

Failure to submit the report required or failure to expeditiously eliminate the contaminate source and restore groundwater quality in the affected area may result in the recommendation of enforcement action including: (1) the issuance of a special order against you under the authority of G.S. 143-215.2, (2) a request to the Attorney General to institute an action for injunctive relief, (3) a civil penalty of up to $10,000 per day in accordance with G.S. 143-215.6 and (4) referral of your site to the Federal Trust Fund Group. Please note that <u>should the Federal Trust Fund take charge of your site</u>, <u>they will seek cost recovery, from responsible parties, for any</u> and all expenses incurred.

Please do not hesitate to contact Waddell Watters or Sherri Knight regarding any questions you may have about this matter.

Sincerely,

*Larry D. Coble*

Larry D. Coble
Regional Supervisor

LDC/SW/ahl

Enclosure

cc: Office of General Counsel
    Incident Management Unit
    WSRO Files
    County Health Department

Shoffner000009
Case 1:16-cv-01354-CCE-JEP   Document 6-4   Filed 11/22/16   Page 4 of 4