# Exhibit E

LPUST CLEANUP FUNDS APPLICATION
SUPPORTING INFORMATION
Either provide information in spaces provided or attach to application
Provided supporting documentation for all answers to the extent possible

[Please print or type]

1. List the address of the site with the UST and the name of the current occupant or owner?

   Faircloth Grocery           property and store
   5637 South NC 49            owned by : Eulie Faircloth
   Burlington, NC  27215       telephone 226-9402 (919)

2. List the name, address, and telephone number of the current owner of the UST, and date of acquisition.

   L. W. Pritchett Jr. Inc.        919-226-5532
   1549 West Webb Avenue
   Burlington NC  27217            tanks purchased new February 1985

3. List the name, address, and telephone number of the current or most recent operator of the UST.

   L. W. Pritchett Jr. Inc.
   1549 West Webb Avenue
   Burlington NC  27217            919-226-5532

4. For each of the USTs contributing to the contamination, answer the following:

   a. Is the tank still in operation? __Yes__  If no, when was UST taken out of operation? _____
      If yes, go to question #5.

   b. Is the tank intended for future use? ____ If no, when was it decided to not use UST? _____
      If yes, go to question #5.

   c. Has tank been removed from ground or closed in place? ____ If yes, removal/closure date? ____

   d. List the name, address, and telephone number of the last owner of the tank while it was in use?

5. a. When was evidence of the release discovered? __MARCH 11, 1992__

   b. When was the release reported to the Department? __MARCH 11, 1992__

6. List the volume, contents, and use (i.e. heating building, motor fuel sales, etc.) for each of the USTs from which a release has been discovered.

   Suspected leak from one of four gasoline USTs.

---

For DEM use only

Reviewed by: _____              ___NCTF  ___CTF  ___INE

Date: _____                              no. occ: ____

Page 2 of 2                                         GH/TF-500A  3/92

Case 1:16-cv-01354-CCE-JEP   Document 6-5   Filed 11/22/16   Page 2 of 3
Shoffner000010

## APPLICATION
(Formerly "Statement A")

(To be completed by Owner or Operator of Underground Storage Tank)

I/We the owner(s) and/or operator(s) of underground storage tanks located at _____

FAIRCLOTH GROCERY   5637 SOUTH NC 49   BURLINGTON, NC   27215

Facility ID # 0-024759

A. have not willfully violated any substantive law, rule, or regulation applicable to underground storage tanks (USTs) intended to prevent or mitigate discharges or releases or to facilitate the early detection of discharges or releases;

B. have not caused or contributed to the discharge or release due to willful or wanton misconduct;

C. have paid any annual tank operating fees, if commercial UST, pursuant to G.S. 143-215.94C;

D. has identified and fully disclosed any fee, commission, percentage, gift, or other consideration which any owner, lessee, or operator and the person responsible for conducting the site rehabilitation has or will receive as a result of his employment of a person, company, corporation, individual, or firm for purposes of conducting site rehabilitation;

E. understand that the Funds are only for reimbursement of costs expended by the owner or operator for cleanup of releases and discharges of petroleum from underground storage tanks;

F. understand that the owner or operator is required to comply with all statutes and rules relating to the subject cleanup action regardless of eligibility for any reimbursements from the Funds, and that the owner or operator must comply with all corrective action requirements regardless of the status of Fund eligibility or reimbursement;

G. understand that reimbursement from the Funds for cleanup costs does not in any way represent a determination by the Department that the owner or operator is complying with all applicable statutes and rules relating to the subject cleanup;

H. understand that reimbursement from the Funds shall only be for costs directly related to the subject cleanup and determined to be reasonable and necessary by the Department, that reimbursement requests shall be subject to audit by the Department, and that the Department may seek recovery, from the owner or operator, of any reimbursed funds relating to ineligible costs;

I. have provided the information contained in this application and believe it to be true and accurate; and

J. understand that submission of a false statement, representation, or documentation to the Department under Article 21 of Chapter 143 of the General Statutes, or under any rules adopted shall be guilty of a misdemeanor, punished by a fine not to exceed ten thousand dollars ($10,000), or by imprisonment not to exceed six months or both.   L. W. PRITCHETT, JR., INC.

BY _[signature]_   November 9, 1992   [date]

Print Name: L. W. Pritchett, Jr. President

Before me personally appeared L. W. Pritchett, Jr. to me known and known to me to be the person described in and who executed the foregoing instrument, and acknowledge to and before me that _____ executed said instument for the purposes therein expressed.

WITNESS my hand and official seal this _____ day of Nov A.D., 19 92
Notary Public _____
My commission expires _____
STATE OF NC   COUNTY OF Alamance

GW/TF-500A 3/92

Page 1 of 2

Shoffner000011