# Exhibit F

# State of North Carolina
## Department of Environment, Health and Natural Resources
### Winston-Salem Regional Office

James G. Martin, Governor
William W. Cobey, Jr., Secretary

Margaret Plemmons Foster
Regional Manager

DIVISION OF ENVIRONMENTAL MANAGEMENT
GROUNDWATER SECTION

November 13, 1992

NOTICE OF VIOLATION OF SUBCHAPTER 2N
CRITERIA AND STANDARDS APPLICABLE TO
UNDERGROUND STORAGE TANKS

CERTIFIED MAIL NUMBER P-536 302 287
RETURN RECEIPT REQUESTED

L.W. Pritchett, Jr.
L.W. Pritchett, Jr., Inc.
1549 West Webb Avenue
Burlington, NC 27215

SUBJECT: Faircloth Grocery, Route 6, Box 55-J, Burlington, Alamance County, North Carolina
Incident Number 6160

Dear Mr. Pritchett:

On November 5, 1992, this office determined that an underground storage tank (UST) at the subject location is not in compliance with North Carolina Administrative Code (NCAC Title 15A Subchapter 2N "Criteria and Standards Applicable to Underground Storage Tanks"). It is our understanding that you and/or your firm are the owner/operator of the UST System. If you feel that you are not responsible for the following violations, please notify this office within seven (7) working days.

The violations are as follows:

Failure to conduct and/or report the investigation for soil and ground-water clean-up (aka Full Site Characterization) as outlined in 15A NCAC 2N .0706 within the time frame stated in the NOFSRR of November 28, 1989. Upon receipt of this notice you must file a report addressing all the requirements of section 15A NCAC 2N .0706 by forty-five (45) days after receipt of this Notice.

8025 North Point Boulevard, Suite 100, Winston-Salem, N.C. 27106-3203 • Telephone 919-896-7007 • Fax 919-896-7005
An Equal Opportunity Affirmative Action Employer

Shoffner000012
Case 1:16-cv-01354-CCE-JEP   Document 6-6   Filed 11/22/16   Page 2 of 3

Failure to submit a Corrective Action Plan that provides adequate protection of human health and the environment as outlined in 15A NCAC 2N .0707 within the time frame stated in the NOFSRR of November 28, 1989. Upon receipt of this notice you must file a Corrective Action Plan which meets all the requirements of section 15A NCAC 2N .0707 by seventy-five (75) days after receipt of this Notice.

Failure to comply with any of the aforementioned criteria and standards shall result in enforcement action against you which may include: (1) a civil penalty assessment of up to $10,000 for each day of continuing violation (NC G.S. 143-215.6), (2) criminal penalty proceedings under circumstance as outlined under G.S. 143-215.6B, (3) referral of your site to the Federal Trust Fund which must seek cost recovery from responsible parties for any and all expenses incurred, (4) a request to the Attorney General to institute an action for injunctive relief and, (5) the issuance of a special order.

It is your responsibility to comply with these criteria and standards. Copies of 15A NCAC 2N are available at this office. Should you have questions concerning the notice or the requirements of the criteria and standards, please contact Waddell Watters at the letterhead address or telephone number between the hours of 9:00 and 10:00 a.m. or 1:30 and 2:30 p.m.

Sincerely,

Sherri V. Knight
for Larry D. Coble
Regional Supervisor

cc: Incident Management Unit
WSRO Files
Alamance County Health Department
Alamance County Fire Marshall